UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       18-cr-414 (PKC)

                -against-                                               ORDER

ODHEL HERNANDEZ,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by March 10, 2021. The defendant may reply by March 19, 2021.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                           United States District Judge

Dated:  New York, New York
           February 16, 2021